# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Pamela Williams**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant, | ) | 3:17-cv-00442-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| US Bank Trust National Association, as Trustee of North Carolina Department of Revenue, et al**,** | ) | |
| Appellee. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 11, 2017 Order.

October 11, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court